**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Beyonka L. Triplett, Alton Triplett, and Jason Johnson,
Defendants,

Of whom Alton Triplett is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2017-000428

———————

Appeal From Richland County
Monét S. Pincus, Family Court Judge

———————

Unpublished Opinion No. 2017-UP-377
Submitted September 12, 2017 – Filed October 10, 2017

———————

**AFFIRMED**

———————

John Clark Phillips, Jr., of Law Office of John C. Phillips, Jr., of Columbia, for Appellant.

James Tyler Burns, of South Carolina Department of Social Services, of Columbia, for Respondent.

Angela L. Kohel, of Richland County CASA, of Columbia, for the Guardian ad Litem.

_____

**PER CURIAM:**  Alton Triplett appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2016).  After a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Triplett's counsel.

**AFFIRMED.**[1]

**SHORT, KONDUROS, and GEATHERS, JJ., concur.**

_____

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.